JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TAVALDO CLARE,

Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

Respondents.

Case No. 5:25-cv-02738-PD

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to the second claim under Fifth Amendment Due Process.

The remaining three claims for relief are dismissed without prejudice.

DATED: March 13, 2026



PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE